IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID DAHLER,

                                                            ORDER

                       Petitioner,

                                                     09-cv-36-bbc

      v.

C. HOLINKA, Warden,

                     Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Petitioner, a prisoner at the Federal Correctional Institution in Oxford, Wisconsin, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. In a letter accompanying his petition, petitioner says that the $5 filing fee will be sent to the court under separate cover. It has been over a week since petitioner submitted this letter and no fee has been received. In order to insure that this case does not languish, I will set a deadline of February 18, 2009 for petitioner to pay the fee. If petitioner fails to pay the fee by that date, his case will be closed.

ORDER

      IT IS ORDERED that petitioner may have until February 18, 2009, in which to

1

submit a check or money order made payable to the clerk of court in the amount of $5 to cover the fee for filing his petition. If, by February 18, 2009, petitioner fails to pay the fee or show cause why he is unable to do so, then the clerk of court is directed to close this file for petitioner's failure to prosecute.

Entered this 28th day of January, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge