# UNITED STATES DISTRICT COURT

Western District of Wisconsin

**DAVID DAHLER,**

    **Petitioner,**

**v.**

**C. HOLINKA, Warden,**

    **Respondent.**

**JUDGMENT**
on a Motion pursuant to
28 U.S.C. § 2255

Case No.: 09-cv-036-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's motion for post-conviction relief pursuant to 28 U.S.C. § 2255, improperly titled as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, is DISMISSED.

PETER OPPENEER
_____
**Peter Oppeneer, Acting Clerk**

/s/ M. Hardin      3/16/09
_____      _____
**by Deputy Clerk**      **Date**